**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Interloc Properties LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Interloc LLC** <br> **FDBA  Interloc, Inc.** <br> **DBA  Palm Gardens Apartments** <br> **DBA  Casa Atlantico** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0783172** |

4. **Debtor's address**

**Principal place of business**

**1177 George Bush Blvd, Ste 400**
**Delray Beach, FL 33483**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Interloc Properties LLC**
Name

Case number (*if known*)

---

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___5311___

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor  **See Attachment**                     Relationship  _____

District  _____  When  _____   Case number, if known  _____

---

Debtor    **Interloc Properties LLC**                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name    _____
          Phone           _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Interloc Properties LLC**                                              Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 11, 2019**
            MM / DD / YYYY

**X** **/s/ Peter Harrigan**                                      **Peter Harrigan**
   Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Robert C. Furr**                          Date   **July 11, 2019**
   Signature of attorney for debtor                              MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**FurrCohen P.A.**
Firm name

**2255 Glades Rd.**
**Suite 301E**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**        Email address _____

**210854 FL**
Bar number and State

Debtor    **Interloc Properties LLC**
Name

Case number *(if known)*

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Miami Real Estate Trust, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Southern District of Florida** | When | **7/11/19** | Case number, if known | |
| Debtor | **Palm Healthcare Company, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **7/11/19** | Case number, if known | **19-19156** |
| Debtor | **Palm Partners, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **7/11/19** | Case number, if known | **19-19161** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Interloc Properties LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aerospace Holding and Leasing 707 South Washington Blvd Sarasota, FL 34236** | | **Flight Services** | | | | $53,446.34 |
| **American Express Corporate P.O. Box 650448 Dallas, TX 75265-0448** | | **Corporate Credit Cards** | | | | $26,997.16 |
| **Florida General Contractors Inc 3684 N.W. 3rd Ave Boca Raton, FL 33431** | | **General Contractor** | | | | $11,612.25 |
| **McDermott Will & Emery PO Box 6043 Chicago, IL 60680-6043** | | **Attorneys for Fifth Third Refinancing** | | | | $10,000.00 |
| **American Express POB 53852 Phoenix, AZ 85072** | | **Credit Card** | | | | $3,169.65 |
| **VLC One, Inc 955 Hollywood Blvd Hollywood, FL 33019** | | **Food Trailer Installation** | | | | $1,680.00 |
| **Brothers Fire Protection Inc 3781 NE 11 Ave Pompano Beach, FL 33064** | | **Fire Sprinkler Inspector** | | | | $1,000.00 |
| **John M. Cappeller, Jr., P.A. 350 Camino Gardens Blvd Boca Raton, FL 33432** | | **Legal Services** | | | | $666.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Interloc Properties LLC**
                Name                                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sherwin Williams Co.** **101 W Prospect Ave** **Cleveland, OH 44115** | | **Paint Supplies** | | | | **$429.89** |
| **City of Lake Worth** **414 Lake Avenue** **Lake Worth, FL 33460** | | **Utilities** | | | | **$255.00** |
| **Preventive Fire Services, Inc.** **1233 Old Dixie Hwy Ste 5** **West Palm Beach, FL 33403** | | **Fire Services** | | | | **$228.91** |
| **Florida Department of Revenue** **5050 West Tennessee Street** **Tallahassee, FL 32399** | | **sales tax for 2925 10th Ave #106** | | | | **$206.25** |
| **Florida Power & Light** **General Mail Facility** **Miami, FL 33188** | | **Power Service** | | | | **$57.88** |
| **Fifth Third Bank** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | | **Credit Facility/Term Loan** | **Contingent Unliquidated Disputed** | **$17,719,901.00** | **Unknown** | **Unknown** |
| **Ford Motor Credit Company** **PO Box 650575** **Dallas, TX 75265-0575** | | **2017 Ford F-350 Vin No: 1FT8W3DT8HEB2 6970** | | **$6,578.00** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Aerospace Holding and Leasing
707 South Washington Blvd
Sarasota, FL 34236


American Express
POB 53852
Phoenix, AZ 85072


American Express Corporate
P.O. Box 650448
Dallas, TX 75265-0448


Brothers Fire Protection Inc
3781 NE 11 Ave
Pompano Beach, FL 33064


Carlton Fields
100 SE 2nd Street, Suite 4200
Miami, FL 33131


City of Lake Worth
414 Lake Avenue
Lake Worth, FL 33460


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
13350 Metro Parkway Second Floor
Fort Myers, FL 33966


Fifth Third Bank
120 E Palmetto Pk Rd
Boca Raton, FL 33432


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida General Contractors Inc
3684 N.W. 3rd Ave
Boca Raton, FL 33431

Florida Power & Light
General Mail Facility
Miami, FL 33188

Ford Motor Credit Company
PO Box 650575
Dallas, TX 75265-0575

Ford Motor Credit Company
PO Box 105704
Atlanta, GA 30348

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

John M. Cappeller, Jr., P.A.
350 Camino Gardens Blvd
Boca Raton, FL 33432

McDermott Will & Emery
PO Box 6043
Chicago, IL 60680-6043

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Palm Beach County Tax Collector
P. O. Box 3353
West Palm Beach, FL 33402-3353

Preventive Fire Services, Inc.
1233 Old Dixie Hwy Ste 5
West Palm Beach, FL 33403

Sherwin Williams Co.
101 W Prospect Ave
Cleveland, OH 44115

VLC One, Inc
955 Hollywood Blvd
Hollywood, FL 33019

```
Miami Real Estate Trust, LLC
1177 George Bush Blvd, Ste 400
Delray Beach, FL 33483


Peter A. Harrigan
1177 George Bush Blvd, Ste 400
Delray Beach, FL 33483


Trust A The Harrigan 2013 Trust
1029 West 3rd Avenue, #400
Anchorage, AK 99501


Trust B The Harrigan 2013 Trust
1029 West 3rd Avenue, #400
Anchorage, AK 99501
```